**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON**

| | |
|---|---|
| ADVANTUS, CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PRENDERGAST, *et al.*, <br><br> Defendants. | Case No. 5:25-cv-01250-JRA <br><br> Judge John R. Adams |

**DECLARATION OF JOHN C. GOODCHILD, III IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, John C. Goodchild, III, declare as follows:

I make this declaration pursuant to 28 U.S.C. § 1746 in support of the Motion for my admission to appear and practice in this Court as counsel *pro hac vice* for Defendants Michael Prendergast and Jeffrey Dwyer ("Defendants"), in the above-captioned matter pursuant to Local Rule 83.5(h).

1. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP.

2. My business address is 2222 Market Street, Philadelphia, PA 19103. My telephone number is (215) 963-5020, my fax number is (215) 963-5001, and my email address john.goodchild@morganlewis.com.

3. I am a member in good standing of the Pennsylvania State Bar (admitted on December 19, 1994; my PA bar identification number is 74856), the New York State Bar (admitted on November 9, 2018; my NY bar registration number is 564398), and the New Jersey State Bar (admitted on December 19, 1994; my bar identification number is 024031994). I have also been

admitted to the following federal courts: the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the District of Colorado, the United States Court of Appeals for the D.C. Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

4.  I have never been disbarred or suspended from the practice of law.

5.  There are no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States Court and I have never received a reprimand from any such court.

6.  I am not currently suspended from the practice of law in any jurisdiction where I have been admitted to practice.

7.  I have not resigned from the practice of law with discipline pending in any jurisdiction where I have been admitted to practice.

8.  Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission on this matter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[*Signature Page Follows*]

Dated: June 17, 2025

_____
John C. Goodchild, III
2222 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5020
Facsimile: (215) 963-5001
john.goodchild@morganlewis.com